UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 5:17-CR-103-FL

UNITED STATES OF AMERICA,        )
                                 )
            v.                   )        ORDER TO SEAL
                                 )
CHRISTOPHER LEON BROWN           )

Upon motion of the United States, it is hereby ORDERED that Docket Entry 19 be sealed.

It is FURTHER ORDERED that the Clerk provide a filed copy of the Order to the United States Attorney's Office and Counsel for the Defendant.

This the 15th day of August , 2017.


_____
HONORABLE LOUISE W. FLANAGAN
United States District Judge