```
                UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                       WESTERN DIVISION

                     NO. 5:17-CR-103-FL
```

UNITED STATES OF AMERICA,        )
                                 )
         v.                      )         ORDER TO SEAL
                                 )
CHRISTOPHER LEON BROWN           )

Upon motion of the United States, it is hereby ORDERED that Docket Entry 29 be sealed.

It is FURTHER ORDERED that the Clerk provide a filed copy of the Order to the United States Attorney's Office and Counsel for the Defendant.

This the 13th day of November, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge