IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:17-CR-103-1FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CHRISTOPHER LEON BROWN, | ) | |
| | ) | |
| Defendant. | ) | |

For good cause shown, upon motion of the Defendant, Proposed Sealed Document 47 - Sentencing Memorandum / Motion for Variance is hereby sealed.

SO ORDERED, this the  14th day of  March , 2018.

_____
The Honorable Louise W. Flanagan
United States District Court Judge