IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:17-CR-103-1FL

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CHRISTOPHER LEON BROWN, | ) | |
| Defendant. | ) | |

For good cause shown, upon motion of the Defendant, Defendant's Motion to Amend Judgment to Revise Recommendation of Placement is hereby granted and Defendant is to report to FCI Morgantown no later than May 19, 2018 to serve his 40 month sentence.

SO ORDERED, this the 12th day of April, 2018.

_____
The Honorable Louise W. Flanagan
United States District Court Judge