IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17CR00103-001FL

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHRISTOPHER LEON BROWN, )<br>)<br>Defendant, )<br>)<br>v. )<br>)<br>WEBBANK, )<br>)<br>Garnishee. ) | ORDER TO UNSEAL |

Upon motion of the United States, it is hereby ORDERED that the government's Application for Writ of Garnishment [D.E. #78], the Writ of Garnishment issued as its result along with the Instructions to Criminal Defendant, Clerk's Notice of Post-Judgment Garnishment, Right to Have Exemptions Designated, Objection to Answer, and Request for Hearing [D.E. #86, 86-1], and the Answer of Garnishee [D.E. #104] in the above-captioned case be unsealed.

This the 19th day of February, 2019.

LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE